STATE of Missouri, Plaintiff/Respondent,

v.

Frank SIPES, Defendant/Appellant.

Frank SIPES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 66399, 68857.

Missouri Court of Appeals,
Eastern District,
Division One.

June 11, 1996.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

A jury found defendant guilty of unlawful use of a weapon, § 571.030, RSMo 1994, and possession of a controlled substance, § 195.202, RSMo 1994.

The trial court sentenced him as a prior and persistent offender to two concurrent ten year sentences. Defendant appeals the judgment and the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed pursuant to Rules 30.25(b) and 84.16(b).

Randy GRIFFIN, Employee/Appellant,

v.

TALL–WALL FOUNDATION CO.,
Employer/Respondent,

and

Secura Insurance, Insurer/Respondent.

No. 68802.

Missouri Court of Appeals,
Eastern District,
Division One.

June 11, 1996.

Andrew L. Mandel, St. Louis, for appellant.

John J. Johnson, Jr., Brown & James, P.C., St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Employee appeals the decision of the Labor and Industrial Relations Commission denying his claim for workers' compensation. He alleges the Commission erred when it found his injuries (1) did not arise out of and in the course of his employment, and (2) were not medically causally related to events at work.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).